January 19, 1982.

443 A.2d 368

Biezup, Appellants v. Weber, et al.
Reargument Denied April 16, 1982.
Petition for Allowance of Appeal Denied June 1, 1982.

Argued October 6, 1981. Frank J. Eisenhart, Jr., for appellants; Marvin L. Wilenzik, for Weber, Newman, First Pennsylvania Bank, Fidelity Bank, Friedland, et al. and Montgomery County, appellees; Larry J. Folmar, for Lower Merion Township, appellee; Mark A. Hutchinson, for Davis, et al., appellees.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Orders affirmed.

441 A.2d 780

Brower v. Berlo Vending Company, Appellant.
Petition for Allowance of Appeal Denied May 26, 1982.

Argued October 5, 1981. George A. Amacker, III, for appellant; Robert A. McAteer, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The order of the Court of Common Pleas of Philadelphia County is affirmed on the clear and comprehensive opinion of the learned and distinguished Honorable Ned L. Hirsh, Judge of that Court.